CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 08 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES LEANARD JACKSON, ) | |
| Plaintiff, ) | Civil Action No. 7:14-cv-00286 |
| ) | |
| v. ) | DISMISSAL ORDER |
| ) | |
| MIDDLE RIVER REGIONAL JAIL, ) | By: Michael F. Urbanski |
| Defendant(s). ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 8th day of July, 2014.

/s/ Michael F. Urbanski
United States District Judge